# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | See below | Date | April 4, 2018 |
|---|---|---|---|
| Title | FCA Car Litigation (lead case Lee v. FCA) | | |

| Present: The Honorable | Michael R. Wilner | |
|---|---|---|
| Veronica Piper | | n/a |
| Deputy Clerk | | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendant: |
|---|---|
| None present | None present |

**Proceedings:**   ORDER RE: MOTIONS IN LIMINE

1. The Court received motions in limine from the parties. (Lee Docket # 64-67.) The motions appear to conform with Judge Wilner's instructions regarding page length and timing. However, they fail to abide by Local Rules 7-3 and 7-4. Those provisions require litigants to meet and confer before filing any non-discovery motion in the district court. The parties must also certify that the motion was filed after the conference of counsel discussing the need for judicial relief on the issue.

2. The Court recognizes that the experienced lawyers in these cases know their opponents' dance moves quite well. Nevertheless, that's not an excuse for failing to comply with the Local Rules. Moreover, based on the Court's initial pass through the motions, there seems like a reasonable chance that some aspects of the motions (precluding mention of Mr. Yelchin's death?) may not be contested. I shouldn't have to read a non-opposition filing to learn that.

3. Rather than bounce the motions in their entirety, the Court will allow the parties to telephonically meet in compliance with the rule and submit a separate certification by April 13.

Lee v. FCA, CV 16-5190 MRW
Lawrence v. FCA, CV 16-5452 MRW
Cieslikowski v. FCA, ED CV 17-562 MRW
Donner v. FCA, CV 17-2303 MRW
Tarango v. FCA, CV 17-2475 MRW
Jordan v. FCA, CV 17-2435 MRW