# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| Gloria J. Lawrence <br> *Plaintiff* <br> v. <br> FCA US LLC, A Delaware limited liability company <br> *Defendant* | Civil Action No. 2:16-CV-05452-MRW |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☑ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* FCA US LLC recover costs from the plaintiff *(name)* Gloria J. Lawrence.

☐ other:

This action was *(check one)*:

☑ tried by a jury with Judge Michael R. Wilner presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for

Date: August 2, 2018

_____
Honorable Michael R. Wilner